

07-CV-00571-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EUGENE D. CARPER, | Case No. C07-571-JLR |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

The Court, having reviewed plaintiff's 42 U.S.C. § 1983 civil rights complaint, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Defendants' motion for summary judgment, Dkt. 81, is GRANTED;

    (3)    This action is DISMISSED with prejudice as to plaintiff's Eighth Amendment claims and without prejudice as to plaintiff's medical malpractice claims; and

ORDER OF DISMISSAL
PAGE - 1

(4)   The Clerk is directed to send copies of this Order to the plaintiff, counsel for the defendants, and to the Honorable James P. Donohue.

DATED this 22nd day of August, 2011.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE - 2